# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Hira Bhura and Zohaib Mohammed, ) | |
| ) | Case No. 4:16-cv-00755 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| Capital Accounts, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Hira Bhura and Zohaib Mohammed dismiss this case with prejudice.

Date: December 14, 2016	/s/ Aaron D. Radbil
Aaron D. Radbil
Greenwald Davidson Radbil PLLC
106 East Sixth Street, Suite 913
Austin, Texas 78701
Tel: (512) 322-3912
Fax: (561) 961-5684
aradbil@gdrlawfirm.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that on December 14, 2016, the foregoing document was filed with the Court using the Clerk of Court's CM/ECF system, which will send electronic notification to all counsel of record.

/s/ Aaron D. Radbil
Aaron D. Radbil